**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher Phillip Goss** | Social Security number or ITIN **xxx–xx–1705** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Eastern District of Virginia**

Case number:  **13–33545–KLP**

## Discharge of Debtor                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Phillip Goss

October 5, 2017                                       **For the court:**       William C. Redden
                                                                                Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                                 Case No. 13-33545-KLP
Christopher Phillip Goss                                               Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0422-7          User: smithla              Page 1 of 2              Date Rcvd: Oct 05, 2017
                              Form ID: 3180W             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db             +Christopher Phillip Goss,    3720 Curtis Street,    Chester, VA 23831-4905
cr             +NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
11867785       +Baltimore Gas & Electric Co.,    Re: Bankruptcy,    P.O. Box 1475,    Baltimore, MD 21203-1475
12020241        Boleman Law Firm, P.C.,    P.O. Box 11588,    Richmond, VA  23230-1588
11867790      ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court: Comcast,    Attn: Bankruptcy Dept,    PO Box 3012,
                  Southeastern, PA 19398-3012)
11867788       +Century 21,    5305 W. Broad Street,    Richmond, VA 23230-2627
11867789       +Charles Phillip Goss,    2608 Saddleback Drive,    Winterville, NC 28590-9867
11925875       +Credit Acceptance,    25505 W 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
11867796       +Mitchell L Morgan Properties,    160 Clubhouse Road,    King of Prussia, PA 19406-3300
12729281       +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
11867799       +NTelos,   P.O. Box 580423,    Charlotte, NC 28258-0001
11867797       +National Credit Audit Corp.,    Re: Mitchell L Morgan Properti,    12770 Coit Road Suite 1000,
                 Dallas, TX 75251-1348
11867802        Solomon & Solomon,    Re: Orange and Rockland Util,    Box 15019,    Albany, NY 12212-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11886135        EDI: AIS.COM Oct 06 2017 01:58:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
11867784       +EDI: ACCE.COM Oct 06 2017 01:58:00      Asset Acceptance Corp.,    PO Box 1630,
                 Warren, MI 48090-1630
11896847       +EDI: ACCE.COM Oct 06 2017 01:58:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren Mi 48090-2036
11867786       +EDI: HFC.COM Oct 06 2017 01:58:00      Beneficial,    Attn: Bankruptcy Dept.,
                 636 Grand Regency Blvd.,    Brandon, FL 33510-3942
11867787       +E-mail/Text: bankruptcy@cavps.com Oct 06 2017 02:15:06      Calvary Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85285-7288
11888988       +E-mail/Text: bankruptcy@cavps.com Oct 06 2017 02:15:06      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
11867792       +EDI: CREDPROT.COM Oct 06 2017 01:58:00      Credit Protection Association,    RE:,
                 13355 Noel Road, 21st Floor,    Dallas, TX 75240-6837
11867791       +EDI: CREDPROT.COM Oct 06 2017 01:58:00      Credit Protection Association,    RE: Comcast,
                 13355 Noel Road, 21st Floor,    Dallas, TX 75240-6837
11867793       +EDI: BASSASSOC.COM Oct 06 2017 01:58:00      HSBC Bank Nevada, N.A.,
                 3936 E Ft. Lowell Rd Suite 200,    Tucson, AZ 85712-1083
11867794        EDI: IIC9.COM Oct 06 2017 01:58:00      I.C. System,   Re: Ntelos,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
12031179        EDI: JEFFERSONCAP.COM Oct 06 2017 01:58:00      PORTFOLIO AMERICA ASSET MANAGEMENT LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
12077104        EDI: RESURGENT.COM Oct 06 2017 01:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11867795       +EDI: MID8.COM Oct 06 2017 01:58:00      Midland Credit Management Inc.,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
12741364       +EDI: CREDIGYREC.COM Oct 06 2017 01:58:00      NCEP, LLC,    by AIS Data Services, LP as agent,
                 PO Box 4138,    Houston, TX 77210-4138
11867798       +E-mail/Text: bankruptcydepartment@tsico.com Oct 06 2017 02:15:22      NCO Financial Services,
                 P.O. Box 17205,    Re: Baltimore Gas & Electric,    Wilmington, DE 19850-7205
11867783       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 06 2017 02:14:52      Office of the US Trustee,
                 701 E. Broad Street,    Room 4304,    Richmond, VA 23219-1885
11867800       +E-mail/Text: ccd@oru.com Oct 06 2017 02:14:48      Orange and Rockland Utilities,
                 390 W. Route 59,    Spring Valley, NY 10977-5345
11867801        EDI: DRIV.COM Oct 06 2017 01:58:00      Santander Consumer USA,    Attn: Bankruptcy Department,
                 PO Box 560284,    Dallas, TX 75356-0284
11875378       +EDI: DRIV.COM Oct 06 2017 01:58:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
11867803       +EDI: STF1.COM Oct 06 2017 01:58:00      Suntrust,   1001 Semmes Avenue,
                 Richmond, VA 23224-2245
11867804        EDI: AISTMBL.COM Oct 06 2017 01:58:00      T-Mobile,   Re: Bankruptcy,    P.O. Box 37380,
                 Albuquerque, NM 87176-7380
11867805       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 06 2017 02:15:11      Time Warner Cable,
                 3140 W Arrowood Road,    Charlotte, NC 28273-0001
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Santander Consumer USA Inc., an assignee of CitiFi
cr*            +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-7           User: smithla              Page 2 of 2              Date Rcvd: Oct 05, 2017
                               Form ID: 3180W             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:

              Amanda Erin DeBerry    on behalf of Debtor Christopher Phillip Goss ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Christina T. Parrish    on behalf of Debtor Christopher Phillip Goss ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              John Russell Bollinger    on behalf of Debtor Christopher Phillip Goss ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Laura Taylor Alridge    on behalf of Debtor Christopher Phillip Goss ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Patrick Thomas Keith    on behalf of Debtor Christopher Phillip Goss ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Sara A. John    on behalf of Creditor    Santander Consumer USA Inc., an assignee of CitiFinancial
               Auto sara_john@eppspc.com
              Suzanne E. Wade    ecfsummary@ch13ricva.com, trustee@ch13ricva.com;fred@cmc13.net
                                                                                             TOTAL: 7